## IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ) <br> *Plaintiff,* ) <br> ) <br> *v.* ) <br> ) <br> THE ESTATE OF TIMOTHY BARLOW, LORI A. ) <br> BARLOW, THE COMMONWEALTH OF ) <br> MASSACHUSETTS, DEPT. OF REVENUE, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> *Defendants.* ) | Case No. _____ <br><br> (Formerly Case No. WO CV 2005-00794 <br> Superior Court, Worcester County) <br><br> **05-40112 FDS** |

### UNITED STATES OF AMERICA'S NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

TO:   David J. Rhein, Esquire                         Eileen Ryan McAuliffe, Esquire
      David M. Rosen, Esquire                         Commonwealth of Massachusetts
      Harmon Law Offices, P.C.                        Department of Revenue
      P.O. Box 610389                                 Post Office Box 9565
      Newton Highlands, Mass. 02461-0389              Boston, Massachusetts 02114-9565

PLEASE TAKE NOTICE that the action styled *Mortgage Electronic Registration Systems, Inc. v. the Estate of Timothy Barlow, Lori A. Barlow, the Commonwealth of Massachusetts, Department of Revenue, and United States of America,* Case No. WO CV 2005-00794, now pending in the Superior Court, Worcester County, Massachusetts, is removed to the United States District Court for the District of Massachusetts, by and on behalf of the United States of America. The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action in interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

662745.1.

Photocopies of the summons, and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

I hereby certify that a true copy of the
above document was served upon (each party
appearing *pro se* and) the attorney of record
for each other party by mail on

_July 7 2005_

_Barbara Healy Smith/gmjb_
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

_Gerald C. Miller_
LYDIA BOTTOME TURANCHIK
GERALD C. MILLER
Trial Attorneys, Tax Division
U.S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6560 (LBT)
             (202) 307-6490 (GCM)
*e-mail:* Lydia.D.Bottome@usdoj.gov
          Gerald.C.Miller@usdoj.gov

662745.1.

**Service List**

David J. Rhein, Esquire
David M. Rosen, Esquire
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0389

Eileen Ryan McAuliffe, Esquire
Commonwealth of Massachusetts
Department of Revenue
Post Office Box 9565
Boston, MA 02114-9565

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.

)
)
)
Mortgage Electronic Registration    Plaintiff (s)   )
Systems, Inc..                                       )   **SUMMONS**
v.                                                   )
The Estate of Timothy Barlow,                        )
Lori A. Barlow, The Commonwealth of                  )
Massachusetts, Department of         Defendant (s)   )
Revenue, and the United States of
America

To the above-named Defendant: The United States of America, c/o Internal Revenue Service, P.O. Box 9112, Stop 20800, JFK Federal Building, Boston, MA 02203

You are hereby summoned and required to serve upon David J. Rhein, Esq., Harmon Law Offices, P.C., ................................................., plaintiff's attorney, whose address is P.O. Box 610389, Newton Highlands, MA 02461-0389 ............ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse

Witness, ................... Esquire, at Worcester, the 8th ................
day of June ....................................in the year of our Lord two thousand and Five ............... .

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.  WOCV2005-00794

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

**Plaintiff,**

v.

THE ESTATE OF TIMOTHY BARLOW,
LORI A. BARLOW,
THE COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
REVENUE, AND
UNITED STATES OF AMERICA,

**Defendants.**

## COMPLAINT IN INTERPLEADER
### (Mortgage Foreclosure Surplus Proceeds)

### INTRODUCTION

This action is being brought after a foreclosure sale on a property located at 9 Trinity Drive, Milford, Massachusetts.  Mortgage Electronic Registration Systems, Inc., the foreclosing mortgagee, (hereinafter referred to as "MERS") is currently holding surplus funds that it would like to pay into Court.  MERS further requests that it be discharged from any further obligation involving this matter.

## PARTIES

In the above action, MERS respectfully represents:

1. The Plaintiff, MERS, is a Corporation with a mailing address of P.O. Box 2026, Flint, Michigan 48501-2026.

2. The Defendant, the Estate of Timothy Barlow, has a last known address of 71 Godfrey Lane, Milford, Massachusetts 01757.

3. The Defendant, Lori Barlow, is, upon information and belief, an individual with a last known address of 71 Godfrey Lane, Milford, Massachusetts 01757.

4. The Defendant, The Commonwealth of Massachusetts, Department of Revenue, is upon information and belief, a state agency with a last known address of c/o Eileen Ryan McAuliffe, Counsel for the Commissioner, Litigation Bureau, 7th Floor, 100 Cambridge Street, P.O. Box 9565, Boston, MA 02114-9565.

5. The Defendant, the United States of America, c/o Internal Revenue Service who is upon information and belief a federal agency c/o, Brenda Hyde, Special Procedures, P.O. Box 9112, Stop 20800, J.F.K. Post Office, Boston, MA 02203.

## FACTS

6. The Plaintiff, MERS, was the holder by assignment of a first mortgage given by Timothy Barlow and Lori A. Barlow to Milford Savings Bank, dated April 9, 1986 and recorded April 11, 1986 at 1:12 p.m. in Book 9349 at Page 211 in the Worcester County (Worcester District) Registry of Deeds, securing the real estate located at 9 Trinity Drive, Milford, Massachusetts 01757 ("the property").

7.   On February 26 2004, MERS foreclosed on the mortgaged property by public auction pursuant to the statutory Power of Sale.

8.   The mortgaged property was sold to a third party for $199,000.00.

9.   After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $43,880.17, there is surplus now held by the Plaintiff in the amount of $155,119.83. See Exhibit "A" attached hereto.

10.  The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by Litton, to wit:

   (a)  Defendant, the Estate of Timothy Barlow, is the former holder of the equity of redemption.

   (b)  The Defendant, Lori A. Barlow, is the former holder of the equity of redemption.

   (c)  The Defendant, The Commonwealth of Massachusetts, Department of Revenue, may have a claim to a portion of the surplus funds due to the Estate of Timothy Barlow.

   (d)  The Defendant, United States of America, may have a claim to a portion of the surplus funds due to the Estate of Timothy Barlow.

**WHEREFORE**, the Plaintiff, Mortgage Electronic Registration Systems, Inc., prays that:

3

1.   The said Defendants be ordered to appear and present their claims, if any, to the

surplus funds;

2.   That the Plaintiff be allowed its costs, expenses and attorney's fees in this

Interpleader Action;

3.   That the Plaintiff be permitted to pay all surplus funds held by it in the amount

of $155,119.83, less its fees and costs incurred in this Interpleader Action, into

this Court;

4.   That the rights of the Defendants herein named be determined by this Court as to

the surplus funds paid into the Court;

5.   That this action be discontinued and dismissed as to the Plaintiff, it being merely

a stakeholder and having no interest in said funds; and

6.   For such other and further relief as this Court deems just and proper.

                              MORTGAGE ELECTRONIC
                              REGISTRATION SYSTEMS, INC.,
                              By its Attorney,


                              David J. Rhein
                              BBO #: 635175
                              David M. Rosen
                              BBO#: 552866
                              Harmon Law Offices, P.C.
                              P.O. Box 610389
                              Newton Highlands, MA 02461-0389
                              (617) 558-0500

May 3 , 2005

4

## EXHIBIT "A"

SUCCESSFUL BID:                          $199,000.00

FUNDS OWED TO
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.:        $ 43,880.17

SURPLUS FUNDS:                           $155,119.83

5

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Worcester |
|---|---|---|

**PLAINTIFF(S)** Mortgage Electronic Registration Systems, Inc.

**DEFENDANT(S)** The Estate of Timothy Barlow, Lori Barlow, The Commonwealth of Massachusetts Department of Revenue, United States of America

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
David J. Rhein, Harmon Law Offices, P.C.
PO Box 610389, Newton Highlands, MA 02461-0389
Board of Bar Overseers number: 635175    (617) 558-0500

**ATTORNEY (If known)**

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E99 | Interpleader | ( X ) | ( ) Yes    ( X ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ................................................................. $ ............
2. Total Doctor expenses ................................................................. $ ............
3. Total chiropractic expenses ................................................................. $ ............
4. Total physical therapy expenses ................................................................. $ ............
5. Total other expenses (describe) ................................................................. $ ............

Subtotal $ ............

Documented lost wages and compensation to date ................................................................. $ ............
Documented property damages to date ................................................................. $ ............
Reasonably anticipated future medical and hospital expenses ................................................................. $ ............
Reasonably anticipated lost wages ................................................................. $ ............
Other documented items of damages (describe)

$ ............

Brief description of plaintiff's injury, including nature and extent of injury (describe)

$ ............
TOTAL $ ............

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): The Plaintiff is holding surplus funds that it would like to pay into Court and be discharged from any further obligation involving this matter.

TOTAL $ 155,119.83

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ David Rhein _____        DATE: 5-3-05

TC-6 mic005-11/99
J.S.C. 1-2000

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

02:07 PM

# WOCV2005-00794
## Mortgage Electronic Registration Systems Inc v Barlow Estate of et al

| | | | | | |
|---|---|---|---|---|---|
| le Date | 05/04/2005 | **Status** | Needs review for service (acneserv) | | |
| tatus Date | 05/04/2005 | **Session** | B - Civil B (18 Worcester) | | |
| rigin | 1 | **Case Type** | E99 - Miscellaneous | | |
| ead Case | | **Track** | X | | |

| | | | | | |
|---|---|---|---|---|---|
| ervice | 08/02/2005 | **Answer** | 10/01/2005 | **Rule12/19/20** | |
| ule 15 | | **Discovery** | | **Rule 56** | |
| inal PTC | 10/31/2005 | **Disposition** | 11/30/2005 | **Jury Trial** | No |

PARTIES

**laintiff**
lortgage Electronic Registration Systems Inc
O Box 2026
lint, MI 48501-2026
.ctive 05/04/2005

**Private Counsel 635175**
David J Rhein
Harmon Law Offices (Mark P)
150 California Street
PO Box 610389
Newton, MA 02458-0389
Phone: 617-558-0500
Fax: 617-244-7304
Active 05/04/2005 Notify

**Private Counsel 552866**
David M Rosen
Harmon Law Offices (Mark P)
PO Box 610389
150 California Street
Newton Highlands, MA 02461-0389
Phone: 617-558-0500
Fax: 617-244-7304
Active 05/04/2005 Notify

**Defendant**
Timothy  Barlow Estate of
'1 Godfrey Lane
Milford, MA 01757
Service pending 05/04/2005

**Defendant**
.ori  Barlow
'1 Godfrey Lane
Milford, MA 01757
Service pending 05/04/2005

Commonwealth of Massachusetts
**WORCESTER SUPERIOR COURT**
Case Summary
Civil Docket

02:07 PM

# WOCV2005-00794
## Mortgage Electronic Registration Systems Inc v Barlow Estate of et al

**Defendant**
Comm of Mass Department of Revenue
00 Cambridge Stree
PO Box 9565
Boston, MA 02114-9565
Service pending 05/04/2005

**Defendant**
United States of America
PO Box 9112
Stop 20800 JFK PO
Boston, MA 02203
Service pending 05/04/2005

PARTIES

| ate | Paper | Text |
|-----|-------|------|
| 5/04/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 5/04/2005 | | Origin 1, Type E99, Track X. |

EVENTS

℈JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**DEFENDANTS**

THE ESTATE OF TIMOTHY BARLOW, LORI A. BARLOW, THE COMMONWEALTH OF MASSACHUSETTS, DEPT. OF REVENUE, AND U.S. OF AMERICA

**(b)** County of Residence of First Listed Plaintiff

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Worcester

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

| | | | |
|---|---|---|---|
| ❏ 1 | U.S. Government Plaintiff | ❏ 3 | Federal Question (U.S. Government Not a Party) |
| ☒ 2 | U.S. Government Defendant | ❏ 4 | Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury | **PERSONAL INJURY**<br>❏ 362 Personal Injury - Med. Malpractice<br>❏ 365 Personal Injury - Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 610 Agriculture<br>❏ 620 Other Food & Drug<br>❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 630 Liquor Laws<br>❏ 640 R.R. & Truck<br>❏ 650 Airline Regs.<br>❏ 660 Occupational Safety/Health<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark | ❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 810 Selective Service<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 875 Customer Challenge 12 USC 3410<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 444 Welfare<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 440 Other Civil Rights | ❏ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>❏ 530 General<br>❏ 535 Death Penalty<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition | ❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Mgmt. Relations<br>❏ 730 Labor/Mgmt.Reporting & Disclosure Act<br>❏ 740 Railway Labor Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Empl. Ret. Inc. Security Act | ❏ 892 Economic Stabilization Act<br>❏ 893 Environmental Matters<br>❏ 894 Energy Allocation Act<br>❏ 895 Freedom of Information Act<br>❏ 900Appeal of Fee Determination Under Equal Access to Justice<br>❏ 950 Constitutionality of State Statutes |
| | | | **SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☒ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN   (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ❏ 1 Original Proceeding | ☒ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened | ❏ 5 Transferred from another district (specify) | ❏ 6 Multidistrict Litigation | ❏ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C., Secs. 1442(a)(1), 1444

Brief description of cause:
Interpleader of surplus funds following mortgage foreclosure and sale of realty.

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
07/01/2005

SIGNATURE OF ATTORNEY OF RECORD
Gerald C. Miller

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE