UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,      ) | |
| ) | |
| Plaintiff,      ) | CIVIL ACTION |
| ) | No. 05-40112-FDS |
| v.      ) | |
| ) | |
| ESTATE OF TIMOTHY BARLOW, et al.,      ) | |
| ) | |
| Defendants.      ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Worcester Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: _____
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA   02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
JULY 20, 2005
_____
Assistant U.S. Attorney

MAS-20040305
walsstep

Case 4:05-cv-40112-FDS   Document 3   Filed 07/21/2005   Page 2 of 26

Commonwealth of Massachusetts
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

07/13/2005
01:14 PM

## WOCV2005-00794
### Mortgage Electronic Registration Systems Inc v Barlow Estate of et al

| File Date | 05/04/2005 | Status | Disposed: transfered to other court (dtrans) |
|---|---|---|---|
| Status Date | 07/13/2005 | Session | B - Civil B (18 Worcester) |
| Origin | 1 | Case Type | E99 - Miscellaneous |
| Lead Case | | Track | X |

| Service | 08/02/2005 | Answer | 10/01/2005 | Rule12/19/20 | |
|---|---|---|---|---|---|
| Rule 15 | | Discovery | | Rule 56 | |
| Final PTC | 10/31/2005 | Disposition | 11/30/2005 | Jury Trial | No |

### PARTIES

**Plaintiff**
Mortgage Electronic Registration Systems Inc
PO Box 2026
Flint, MI 48501-2026
Active 05/04/2005

**Private Counsel 635175**
David J Rhein
Harmon Law Offices (Mark P)
150 California Street
PO Box 610389
Newton, MA 02458-0389
Phone: 617-558-0500
Fax: 617-244-7304
Active 05/04/2005 Notify

**Private Counsel 552866**
David M Rosen
Harmon Law Offices (Mark P)
PO Box 610389
150 California Street
Newton Highlands, MA 02461-0389
Phone: 617-558-0500
Fax: 617-244-7304
Active 05/04/2005 Notify

**Defendant**
Timothy  Barlow Estate of
71 Godfrey Lane
Milford, MA 01757
Service pending 05/04/2005

**Defendant**
Lori  Barlow
71 Godfrey Lane
Milford, MA 01757
Served: 06/15/2005
Served (answr pending) 06/15/2005

**Commonwealth of Massachusetts**
WORCESTER SUPERIOR COURT
Case Summary
Civil Docket

## WOCV2005-00794
## Mortgage Electronic Registration Systems Inc v Barlow Estate of et al

| | |
|---|---|
| **Defendant**<br>Comm of Mass Department of Revenue<br>100 Cambridge Stree<br>PO Box 9565<br>Boston, MA 02114-9565<br>Served: 06/13/2005<br>Answered: 06/22/2005<br>Answered 06/22/2005 | **Private Counsel 435260**<br>Eileen Ryan McAuliffe<br>Mass Revenue Dept<br>PO Box 9565<br>100 Cambridge Street<br>Boston, MA 02114-9565<br>Phone: 617-626-3217<br>Fax: 617-626-3245<br>Active 06/15/2005 Notify |
| **Defendant**<br>United States of America<br>PO Box 9112<br>Stop 20800 JFK PO<br>Boston, MA 02203<br>Served: 06/14/2005<br>Served (answr pending) 06/14/2005 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/04/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 05/04/2005 | | Origin 1, Type E99, Track X. |
| 06/15/2005 | | Atty Eileen Ryan McAuliffe's notice of appearance for deft. Comm of Mass Department of Revenue. |
| 06/22/2005 | 2.0 | ANSWER: Comm of Mass Department of Revenue(Defendant) |
| 07/07/2005 | 3.0 | SERVICE RETURNED (summons): Timothy Barlow Estate of, service made on June 15, 2005 (no service) |
| 07/07/2005 | 4.0 | SERVICE RETURNED (summons): Lori Barlow, service made on June 15, 2005 (last and usual) |
| 07/07/2005 | 5.0 | SERVICE RETURNED (summons): United States of America, c/o Internal Revenue service made on June 14, 2005 (certified mail) |
| 07/07/2005 | 6.0 | SERVICE RETURNED (summons): Comm of Mass Department of Revenue, service made on June 13, 2005 (certified mail) |
| 07/13/2005 | 7.0 | Deft. United States of American notice of REMOVED to US District Court of Massachusetts |

### EVENTS

A true copy by photostatic process
Attest: _[signature]_
Asst. Clerk

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 05-0794 | Trial Court of Massachusetts Superior Court Department County: Worcester |
|---|---|---|

| PLAINTIFF(S) Mortgage Electronic Registration Systems, Inc. | DEFENDANT(S) The Estate of Timothy Barlow, Lori Barlow, The Commonwealth of Massachusetts Department of Revenue, United States of America |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE David J. Rhein, Harmon Law Offices, P.C. PO Box 610389, Newton Highlands, MA 02461-0389 Board of Bar Overseers number: 635175    (617) 558-0500 | ATTORNEY (if known) |

## Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.        TYPE OF ACTION (specify)        TRACK        IS THIS A JURY CASE?

E99            Interpleader            ( X )        ( ) Yes        ( X ) No

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
   2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
   3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
   4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
   5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
                                                                                            Subtotal $. . . . . . . . . . .
B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . . .
F. Other documented items of damages (describe)
                                                                                                    $. . . . . . . . . . .
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)


A true copy by photostatic process
Attest
    Asst. Clerk
                                                                                                    $. . . . . . . . . . .
                                                                                            TOTAL $. . . . . . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): The Plaintiff is holding surplus funds that it would like to pay into Court and be discharged from any further obligation involving this matter.

                                                                            TOTAL $. 155,119.83 . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT


**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record    _David Rhein_        DATE: 5-3-05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## COMMONWEALTH OF MASSACHUSETTS

**WORCESTER, ss**

**SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.**

---

**MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,**

       **Plaintiff,**

**v.**

**THE ESTATE OF TIMOTHY BARLOW,
LORI A. BARLOW,
THE COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
REVENUE, AND
UNITED STATES OF AMERICA,**

       **Defendants.**

05-0794

# FILED

MAY 0 4 2005

ATTEST:

CLERK

---

## COMPLAINT IN INTERPLEADER
### (Mortgage Foreclosure Surplus Proceeds)

## INTRODUCTION

This action is being brought after a foreclosure sale on a property located at 9

Trinity Drive, Milford, Massachusetts.  Mortgage Electronic Registration Systems, Inc.,

the foreclosing mortgagee, (hereinafter referred to as "MERS") is currently holding

surplus funds that it would like to pay into Court.  MERS further requests that it be

discharged from any further obligation involving this matter.

**PARTIES**

In the above action, MERS respectfully represents:

1.  The Plaintiff, MERS, is a Corporation with a mailing address of P.O. Box 2026, Flint, Michigan 48501-2026.

2.  The Defendant, the Estate of Timothy Barlow, has a last known address of 71 Godfrey Lane, Milford, Massachusetts 01757.

3.  The Defendant, Lori Barlow, is, upon information and belief, an individual with a last known address of 71 Godfrey Lane, Milford, Massachusetts 01757.

4.  The Defendant, The Commonwealth of Massachusetts, Department of Revenue, is upon information and belief, a state agency with a last known address of c/o Eileen Ryan McAuliffe, Counsel for the Commissioner, Litigation Bureau, 7th Floor, 100 Cambridge Street, P.O. Box 9565, Boston, MA 02114-9565.

5.  The Defendant, the United States of America, c/o Internal Revenue Service who is upon information and belief a federal agency c/o, Brenda Hyde, Special Procedures, P.O. Box 9112, Stop 20800, J.F.K. Post Office, Boston, MA 02203.

**FACTS**

6.  The Plaintiff, MERS, was the holder by assignment of a first mortgage given by Timothy Barlow and Lori A. Barlow to Milford Savings Bank, dated April 9, 1986 and recorded April 11, 1986 at 1:12 p.m. in Book 9349 at Page 211 in the Worcester County (Worcester District) Registry of Deeds, securing the real estate located at 9 Trinity Drive, Milford, Massachusetts 01757 ("the property").

2

7.    On February 26 2004, MERS foreclosed on the mortgaged property by public auction pursuant to the statutory Power of Sale.

8.    The mortgaged property was sold to a third party for $199,000.00.

9.    After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $43,880.17, there is surplus now held by the Plaintiff in the amount of $155,119.83.  See Exhibit "A" attached hereto.

10.   The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by Litton, to wit:

    (a)   Defendant, the Estate of Timothy Barlow, is the former holder of the equity of redemption.

    (b)   The Defendant, Lori A. Barlow, is the former holder of the equity of redemption.

    (c)   The Defendant, The Commonwealth of Massachusetts, Department of Revenue, may have a claim to a portion of the surplus funds due to the Estate of Timothy Barlow.

    (d)   The Defendant, United States of America, may have a claim to a portion of the surplus funds due to the Estate of Timothy Barlow.

**WHEREFORE**, the Plaintiff, Mortgage Electronic Registration Systems, Inc., prays that:

3

1.  The said Defendants be ordered to appear and present their claims, if any, to the surplus funds;

2.  That the Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;

3.  That the Plaintiff be permitted to pay all surplus funds held by it in the amount of $155,119.83, less its fees and costs incurred in this Interpleader Action, into this Court;

4.  That the rights of the Defendants herein named be determined by this Court as to the surplus funds paid into the Court;

5.  That this action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

6.  For such other and further relief as this Court deems just and proper.


                                        **MORTGAGE ELECTRONIC**
                                        **REGISTRATION SYSTEMS, INC.,**
                                        By its Attorney,


                                        David J. Rhein
                                        BBO #: 635175
                                        David M. Rosen
                                        BBO#: 552866
                                        Harmon Law Offices, P.C.
                                        P.O. Box 610389
                                        Newton Highlands, MA 02461-0389
                                        (617) 558-0500

A true copy by photostatic process

Asst/Clerk

May 3 , 2005

4

**EXHIBIT "A"**

SUCCESSFUL BID:                    $199,000.00

FUNDS OWED TO
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.:        $ 43,880.17

SURPLUS FUNDS:                     $155,119.83

5

## COMMONWEALTH OF MASSACHUSETTS

**WORCESTER, SS**

**SUPERIOR COURT DEPARTMENT**
**CIVIL ACTION NO. WOCV2005-00794**

)
**MORTGAGE ELECTRONIC REGISTRATION**  )
**SYSTEMS, INC.,**  )
                   **Plaintiff**  )
)
**v.**  )
)
**THE ESTATE OF TIMOTHY BARLOW,**  )
**LORI A. BARLOW, THE COMMONWEALTH OF**  )
**MASSACHUSETTS DEPARTMENT OF REVENUE,**)
**AND UNITED STATES OF AMERICA,**  )
                   **Defendants**  )
)



FILED
JUN 2 2 2005
ATTEST:
CLERK

### ANSWER

The Massachusetts Commissioner of Revenue ("Commissioner") answers the Complaint of the plaintiff as follows:

<u>Paragraph 1:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 1 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 2:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 2 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 3:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 3 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 4:</u> The Commissioner admits paragraph 4.

<u>Paragraph 5:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 5 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 6:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 6 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 7:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 7 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 8:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 8 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 9:</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 9 and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 10 (a) and (b) :</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 10 (a) and (b) and calls upon the plaintiff to prove the same to the extent relevant.

<u>Paragraph 10(c):</u> The Commissioner admits that he may have an interest in this action by virtue of a statutory estate tax lien upon the estate of the decedent.

<u>Paragraph 10 (d) :</u> The Commissioner has insufficient facts to admit or deny the allegations contained in paragraph 10 (d) and calls upon the plaintiff to prove the same to the extent relevant.

    WHEREFORE, the Commissioner prays that the Court:

1.  ensure the priority of interests of the parties to this action;
2.  ensure that the distribution be done in accordance with the priorities established by the Court;
3.  ensure that no attorneys fees or costs be awarded to be the plaintiff which would adversely affect the interest of the Commonwealth and;
4.  determine such other relief as it deems appropriate.

                    **ALAN LEBOVIDGE**
                    **COMMISSIONER OF REVENUE**
                    **By his attorney,**

                    *Eileen Ryan McAuliffe*
                    **Eileen Ryan McAuliffe**
                    **BBO No. 435260**
                    **Counsel for the Commissioner**
                    **Department of Revenue**
                    **Litigation Bureau, 7th Floor**
                    **P.O. Box 9565**
                    **100 Cambridge Street**
                    **Boston, Massachusetts 02114-9565**
                         **(617) 626-3217**

        Dated: June 21, 2005
        194344/ERM

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, hereby certify that I have served the within Massachusetts Commissioner of Revenue's Answer by mailing a copy of the same, first class mail, postage prepaid, to:

David J. Rhein, Esq.
David M. Rosen, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Eileen Ryan McAuliffe
**Eileen Ryan McAuliffe**

**DATED:  June 21, 2005**
194344/ERM

A true copy by photostatic process
Attest:
Asst. Clerk

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

JUL 0 7 2005

ATTEST: _[signature]_ CLERK

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 05-0794B

Mortgage Electronic Registration
Systems, Inc.

**Plaintiff (s)**

v.

The Estate of Timothy Barlow,
Lori A. Barlow, The Commonwealth of
Massachusetts, Department of Revenue
and the United States of America

**Defendant (s)**

)
)
)
)
)
)
)
)
)

**SUMMONS**

\* To the above-named Defendant: The Estate of Timothy Barlow, 71 Godfrey Lane, Milford, MA

You are hereby summoned and required to serve upon David J. Rhein, Esq. Harmon Law Offices, P.C. plaintiff's attorney, whose address is PO Box 610389, Newton Highlands, MA 02461-0389 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse

Witness, _____ Esquire, at Worcester, the....8th............... day of ...June......................... .................................in the year of our Lord two thousand and ...Five............ .

A true copy by photostatic process
Attest:
_[signature]_
Asst. Clerk

_[signature]_

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

06/16/2005

I hereby certify and return that on 06/15/2005 at 01:18pm I served a true
and attested copy of the Summons, Complaint-in-Interpleader, Civil Action
cover Sheet, Tracking Order in this action in the following manner:  To
wit, by leaving at the last and usual place of abode of THE ESTATE OF
TIMOTHY BARLOW, by delivering in hand to MARY MAHALICK,  at 71 GODFREY LN,
MILFORD, MA. Fees: Service 20.00,  Travel 13.44, Conveyance 4.50, Attest
5.00 & Postage and Handling 1.00, Total Fees: $43.94

Deputy Sheriff Lynn A Trudel

_Lynn A Trudel_
**Deputy Sheriff**

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

June. 15 , 20 05

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No. 05-0794

Mortgage Electronic Registration..............Plaintiff
Systems, Inc.

v.

The Estate of Timothy Barlow et al...........Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

ATTEST:

*[signature]*

JUL 0 7 2005

CLERK

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.    05-0794 B

)
)
Mortgage Electronic Registration )    **SUMMONS**
Systems, Inc.     Plaintiff (s) )

v.

The Estate of Timothy Barlow,     )
Lori A. Barlow, The Commonwealth of )
Massachusetts, Department of     )
Revenue, The United States of     )
America     Defendant (s) )

\* To the above-named Defendant: Lori Barlow, 71 Godfrey Lane, Milford, MA

You are hereby summoned and required to serve upon David J. Rhein, Esq., Harmon Law Offices, P.C. ....................................................... plaintiff's attorney, whose address is PO Box 610389, Newton Highlands, MA 02461-0389 ........... an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse █████████████████. Esquire, at Worcester, the ..... 8th ............... day of .. June .................. ............... ...............in the year of our Lord two thousand and .. Five .............. .

A true copy by photostatic process
Attest: *[signature]*
Asst. Clerk

*[signature]*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

06/16/2005

I hereby certify and return that on 06/15/2005 at 01:19pm I served a  true
and attested copy of the Summons, Complaint-in-Interpleader, Civil Action
cover Sheet, Tracking Order in this action in the following manner:  To
wit, by leaving at the last and usual place of abode of LORI BARLOW, by
delivering in hand to MARY MAHALICK, MOTHER at 71 GODFREY LN, MILFORD, MA.
Fees: Service 20.00,  Travel 13.44, Conveyance 0.00, Attest 5.00 & Postage
and Handling 1.00, Total Fees: $39.44

Deputy Sheriff Lynn A Trudel

*Lynn A Trudel*

**Deputy Sheriff**

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

June 15 , 20 05

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Civil Action**

No. 05-0794

Mortgage Electronic Registration ................Plaintiff
Systems, Inc.

v.

The Estate of Timothy Barlow ................Defendant

**SUMMONS**

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

ATTEST:

*[signature]*

CLERK

JUL 0 7 2005

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. 05 · 794 B

Mortgage Electronic Registration
Systems, Inc.

Plaintiff (s)

v.

The Estate of Timothy Barlow,
Lori A. Barlow, The Commonwealth of
Massachusetts, Department of
Revenue, and the United States of
America

Defendant (s)

)
)
)
)
)
)
)
)
)

**SUMMONS**

\* To the above-named Defendant: The United States of America, c/o Internal Revenue Service,
P.O. Box 9112, Stop 20800, JFK Federal Building,
Boston, MA 02203

You are hereby summoned and required to serve upon David J. Rhein, Esq.,
Harmon Law Offices, P.C., .................................................., plaintiff's attorney,
whose address is P.O. Box 610389, Newton Highlands, MA 02461-0389 ....................
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

5ꝫ

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction or occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Barbara J. Rouse

Witness, ██████████████████████, Esquire, at Worcester, the 8th .................

day of June ...................................................................... in the year of our Lord two thousand and
Five .......................

A true copy by photostatic process
Attest:
*[signature]*
Asst. Clerk

*[signature]*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# EXHIBIT A

2. Article Number

7160 3901 9849 0933 3234

| COMPLETE THIS SECTION ON DELIVERY |
| --- |

A. Received by (Please Print Clearly)    B. Date of Delivery
GRAHAM    JUN 14 200

C. Signature
X    ☐ Agent
    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type    CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)    ☐ Yes
1. Article Addressed to:

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA  02203

200308-0206

PS Form 3811, January 2005    Domestic Return Receipt

### Reference Information

kat

| COMPLETE THIS SECTION ON DELIVERY |
| --- |

A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X    JUN 2 7 200    ☐ Agent
    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

7160 3901 9849 0933 2633

3. Service Type    CERTIFIED MAIL    ☐ Yes
4. Restricted Delivery? (Extra Fee)
1. Article Addressed to:

U.S. Department of Justice
Tax Division

DC 20044

### Reference Information

2. Article Number

7160 3901 9849 0933 2589

| COMPLETE THIS SECTION ON DELIVERY |
| --- |

A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X    ☐ Agent
    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type    CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)    ☐ Yes
1. Article Addressed to:

United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

200308-0206

PS Form 3811, January 2005    Domestic Return Receipt

### Reference Information

kat

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court**
**Department of the Trial Court**
**of the Commonwealth**
**Civil Action**

No.

**FILED**

**JUL 0 7 2005**

ATTEST:

Plaintiff (s)

)
)
)
)
)
)
)
)
)
)

05-0794 5

**SUMMONS**

Mortgage Electronic Registration
Systems, Inc.

v.

The Estate of Timothy Barlow,
Lori A. Barlow, The Commonwealth
of Massachusetts, Department of
Revenue, The United States of America

Defendant (s)

\* To the above-named Defendant: The Commonwealth of Massachusetts, Department of Revenue,
c/o Eileen Ryan McAuliffe, 100 Cambridge Street, 7th Floor,
PO Box 9565, Boston, MA 02114-9565

You are hereby summoned and required to serve upon David J. Rhein, Esq.,
Harmon Law Offices, P.C.................................................................., plaintiff's attorney,
whose address is PO Box 610389, Newton Highlands, MA 02461-0389 .................
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Barbara J. Rouse

Witness, .................................... Esquire, at Worcester, the....8th................
day of ....June..........................................in the year of our Lord two thousand and
Five..........

A true copy by photostatic process
Attest:
Asst. Clerk

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*          NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

# EXHIBIT A

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

7160 3901 9849 0933 2602

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| | JUN 1 3 2005 |

C. Signature *William J Coughlan*  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Attorney General Thomas F. Reilly
Office of the Attorney General
One Ashburton Place – 20th Floor
Boston, MA  02108

*200308-0206*

Reference Information

kat

PS Form 3811, January 2005          Domestic Return Receipt

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

7160 3901 9849 0933 2572

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| *Thax Bun* | |

C. Signature  X  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

JUN 1 3 2005

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Department of Revenue
c/o Eileen Ryan McAuliffe
Litigation Bureau, 7th Floor
100 Cambridge Street
P.O. Box 9565
Boston, MA 02114-9565

*200308-0206*

Reference Information

kat

PS Form 3811, January 2005          Domestic Return Receipt

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOCV2005-00794

MORTGAGE ELECTRONIC REGISTRATION           )
SYSTEMS, INC.                               )
                    *Plaintiff,*            )
    *v.*                                     )
                                            )
THE ESTATE OF TIMOTHY BARLOW, LORI A.       )
BARLOW, THE COMMONWEALTH OF                 )
MASSACHUSETTS, DEPT. OF REVENUE, and        )
UNITED STATES OF AMERICA,                   )
                                            )
                    *Defendants.*           )

## NOTICE OF FILING OF PAPERS REMOVING
## ACTION TO THE UNITED STATES DISTRICT COURT

TO:    FRANCIS A. FORD, CLERK

David J. Rhein, Esquire              Eileen Ryan McAuliffe, Esquire
David M. Rosen, Esquire              Commonwealth of Massachusetts
Harmon Law Offices, P.C.             Department of Revenue
P.O. Box 610389                      Post Office Box 9565
Newton Highlands, MA 02461-0389      Boston, Massachusetts 02114-9565

PLEASE TAKE NOTICE that, on July 7th, 2005, a Notice of Removal of the

above-titled action was filed with the Clerk of the United States District Court for

the District of Massachusetts. The notice was filed by and on behalf of the United

States of America.

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. § 1446(d), the

Superior Court "shall proceed no further unless and until the case is remanded."

599262.1.

A copy of the Notice of Removal, without attachments, is annexed to this Notice.

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

LYDIA BOTTOME TURANCHIK
GERALD C. MILLER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Sta.
Washington, D.C. 20044-0055

Tel.: (202) 307-6560 (LBT)
      (202) 307-6490 (GCM)
*e-mail:* Lydia.D.Bottome@usdoj.gov
          Gerald.C.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that the above *Notice of Filing of Papers Removing Action to the United States District Court* has, this ___7th___ day of July 2005 been served upon the plaintiff and the Department of Revenue of the Commonwealth of Massachusetts by securely enclosing a copy thereof in a postpaid wrapper addressed to their attorneys at their last-known addresses as set forth above.

1

A true copy by photostatic process
Attest:
  Asst. Clerk

599262.1.

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JUL -7  P 12: 02

U.S. DISTRICT C
DISTRICT OF

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| *v.* | ) |
| | ) |
| THE ESTATE OF TIMOTHY BARLOW, LORI A. | ) |
| BARLOW, THE COMMONWEALTH OF | ) |
| MASSACHUSETTS, DEPT. OF REVENUE, and | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Defendants.* | ) |

Case No. _____

(Formerly Case No. WO CV 2005-00794
Superior Court, Worcester County)

**05-40112 FDS**

**COPY**

## UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

TO:  David J. Rhein, Esquire                     Eileen Ryan McAuliffe, Esquire
     David M. Rosen, Esquire                     Commonwealth of Massachusetts
     Harmon Law Offices, P.C.                    Department of Revenue
     P.O. Box 610389                             Post Office Box 9565
     Newton Highlands, Mass. 02461-0389          Boston, Massachusetts 02114-9565

PLEASE TAKE NOTICE that the action styled *Mortgage Electronic Registration*

*Systems, Inc. v. the Estate of Timothy Barlow, Lori A. Barlow, the Commonwealth of*

*Massachusetts, Department of Revenue, and United States of America,* Case No. WO CV 2005-

00794, now pending in the Superior Court, Worcester County, Massachusetts, is removed to the

United States District Court for the District of Massachusetts, by and on behalf of the United

States of America.  The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1)

as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action in

interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

662745.1.

Photocopies of the summons, and complaint, together with attachments, constituting all

non-duplicative process and pleadings received by the received by the trial attorney for the

United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446,

and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).


MICHAEL J. SULLIVAN
United States Attorney

I hereby certify that a true copy of the
above document was served upon (each party
appearing *pro se* and) the attorney of record
for each other party by mail on

BARBARA HEALY SMITH
Assistant United States Attorney

_July 7 2005_


LYDIA BOTTOME TURANCHIK
GERALD C. MILLER
Trial Attorneys, Tax Division
U.S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6560 (LBT)
             (202) 307-6490 (GCM)
*e-mail:* Lydia.D.Bottome@usdoj.gov
           Gerald.C.Miller@usdoj.gov

BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210


A true copy by photostatic process
Attest:
   Ass't. Clerk

-2-

662745.1.

**Service List**

David J. Rhein, Esquire
David M. Rosen, Esquire
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Eileen Ryan McAuliffe, Esquire
Commonwealth of Massachusetts
Department of Revenue
Post Office Box 9565
Boston, MA 02114-9565

– 2 –

Lydia Bottome Turanchik at (202) 307-6560.

Sincerely yours,

EILEEN J. O'CONNOR
Assistant Attorney General
Tax Division

By:  D. Patrick Mullarkey

D. PATRICK MULLARKEY
Chief, Civil Trial Section,
Northern Region

Enclosures: As Stated.

A true copy by photostatic process
Attest:
            Asst. Clerk

794943.1