UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-40112-FDS

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,**

    **Plaintiff,**

v.

**THE ESTATE OF TIMOTHY BARLOW,
LORI A. BARLOW,
THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE, AND
UNITED STATES OF AMERICA,**

    **Defendants.**

## ASSENTED TO MOTION TO CONTINUE THE HEARING SCHEDULED FOR DECEMBER 8, 2005

Now comes the Plaintiff, Mortgage Electronic Registration Systems, Inc. and Defendants, The Commonwealth of Massachusetts, Department of Revenue and United States of America (hereinafter "Parties") and requests that this court continue the hearing scheduled for December 8, 2005. The Parties request that the hearing be rescheduled to sometime in January 2006. As grounds therefore, the Parties state the following:

    1.    Counsel for the Commonwealth of Massachusetts, Department of Revenue has a scheduling conflict on December 8, 2005.

**WHEREFORE**, the Parties, request that this Court:

Allow the Motion to Continue the hearing scheduled for December 8, 2005.

Respectfully submitted,
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,**
By its Attorney,

_____
David J. Rhein
BBO #: 635175
David M. Rosen
BBO#: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

**UNITED STATES OF AMERICA,**
By its attorney,

_____ For Att. Lydia Turanchik
Lydia Bottome Turanchik
U.S. Department of Justice-Tax Division
Judiciary Center Building, Room 7804
P.O. Box 55
Ben Franklin Station
Washington, DC 20001

**COMMONWEALTH OF MASSACHUSETTS, DEPARTMENT OF REVENUE,**
By its attorney,

_____ for Att. Eileen McAuliffe
Eileen Ryan McAuliffe
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565

DATED: December 7, 2005
Q:\LNR\Word\DJRletters\Barlow Motion to continue.doc

**CERTIFICATE OF SERVICE**

I, David J. Rhein, hereby certify that a true copy of the Assented to Motion to Continue the Hearing Scheduled for December 8, 2005 was served December 7, 2005 by mailing via first class mail, postage prepaid, to:

Lydia Bottome Turanchik
U.S. Department of Justice-Tax Division
Judiciary Center Building, Room 7804
P.O. Box 55
Ben Franklin Station
Washington, DC 20001

Eileen Ryan McAuliffe
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565

David J. Rhein