UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40112-FDS

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

    **Plaintiff,**

v.

THE ESTATE OF TIMOTHY BARLOW,
LORI A. BARLOW,
THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE, AND
UNITED STATES OF AMERICA,

    **Defendants.**

## REQUEST FOR DEFAULT
### (Rule 55 (a))

I, David J. Rhein, attorney for the above-named Plaintiff, Mortgage Electronic Registration Systems, Inc., state that a Complaint in this action was filed on or about May 4, 2005. The summons and a copy of the Complaint were served on the Defendant Lori A. Barlow on June 15, 2005. The Defendant herein has failed to serve responsive pleadings or to otherwise defend as provided by rule.

WHEREFORE, the Plaintiff, Mortgage Electronic Registration Systems, Inc. makes application that the Defendant, Lori A. Barlow be defaulted.

Signed under the penalties of perjury this 6th day of January 2006.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**.
By Its Attorneys,

/s/ David J. Rhein

---

David J. Rhein
BBO# 635175
David M. Rosen
BBO# 552866
HARMON LAW OFFICES, P.C.
150 California Street, Newton, MA 02458
MAILING ADDRESS: P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

January 6, 2006

# CERTIFICATE OF SERVICE

I, David J. Rhein, Esquire, of HARMON LAW OFFICES, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389 certify:

That on the 6 th day of January, 2006, a copy of the Request for Default (Rule 55(a)) on Lori A. Barlow were electronically served on the following parties:

Lydia Bottome Turanchik, Eileen Ryan McAuliffe, Barbara Healy Smith, Gerald C. Miller

The parties not served electronically were served by regular mail on January 6, 2006, upon:

The Estate of Timothy Barlow
71 Godfrey Lane
Milford, MA 01757

Lori A. Barlow
71 Godfrey Lane
Milford, MA 01757

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: January 6, 2006

/s/ David J. Rhein
David J. Rhein, Esquire
BBO #635175
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500