UNITED STATES DISTRICT COURT DISTRICT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., )<br>)<br>Plaintiff )<br>v. )<br>)<br>ESTATE OF TIMOTHY BARLOW, LORI A. )<br>BARLOW, THE COMMONWEALTH OF )<br>OF MASSACHUSETTS, DEPT. OF REVENUE, )<br>and UNITED STATES OF AMERICA, )<br>)<br>Defendants ) | Civil No. 05-40112-FDS |

**COMMONWEALTH OF MASSACHUSETTS CERTIFICATION
PURSUANT TO RULE 16.1(d) (3)**

  The defendant, the Commonwealth of Massachusetts Commissioner of Revenue ("Commonwealth"), by its undersigned counsel, submits this certification in satisfaction of the Local Rules of the United States District Court For The District of Massachusetts, Rule 16.1 (d) (3). The Commonwealth has conferred with the counsel for the plaintiff and the counsel for the defendant, the United States and has agreed to file the Parties' Rule 16.1 Statement reflecting that the parties propose that Rule 26 (a) (1) disclosures be made by January 31, 2006 and if the parties are unable to enter into a stipulation regarding priority to these funds, then dispositive

2

motions should be filed by February 28, 2006.

                    **Respectfully submitted,**

                    **ALAN L. LEBOVIDGE**
                    **COMMISSIONER OF REVENUE**

                    **By his attorneys,**

                    **/s/Eileen Ryan McAuliffe**
                    **THOMAS F. REILLY**
                    **MASSACHUSETTS ATTORNEY ENERAL**
                    **Eileen Ryan McAuliffe**
                    **Kevin W. Brown, General Counsel**
                    **Eileen Ryan McAuliffe, BBO#435260**
                    **Counsel to the Commissioner**
                    **Litigation Bureau, 7th floor**
                    **100 Cambridge Street**
                    **Cambridge, MA 02114**
                    **(617) 626-3217**

**Dated: January 10, 2006**
205865/ERM