UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br>    **Plaintiff,**<br><br>    v.<br><br>ESTATE OF TIMOTHY BARLOW, LORI A. BARLOW, THE COMMONWEALTH OF MASSACHUSETTS, DEPT. OF REVENUE, and UNITED STATES OF AMERICA,<br><br>    **Defendant.** | Civil Action No. 05-40112-FDS |

## NOTICE OF HEARING ON FEBRUARY 8, 2006

**SAYLOR, J.**

On February 8, 2006, this Court will hold a conference in the above-captioned proceeding to hear the parties on the proper distribution of surplus funds in the amount of $155,119.83, stemming from the foreclosure and sale of real property formerly owned by Timothy and Lori Barlow.

The United States has made a claim to the fund in the amount of $1,679.05, as of December 16, 2005, plus interest, which continues to accrue. Plaintiff Mortgage Electronic Registration Systems, Inc., has made a claim for its attorneys' fees and costs in bringing this matter in the approximate amount of $5,200. The Commonwealth of Massachusetts has a statutory estate tax lien against the estate of Timothy Barlow, but does not have a current choate assessment against the funds. Accordingly, it appears *likely*, although not certain, that the remaining funds, in excess of $148,000, will be available to be paid to Lori Barlow and/or to the

Estate of Timothy Barlow *if* Ms. Barlow will come forward and make a claim to the money.

Accordingly, the Court will hold a conference in this matter on February 8, 2006, at 11:45 a.m., in Courtroom 2, United States Courthouse, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **January 17, 2006**