UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 05-40112-FDS |
| ESTATE OF TIMOTHY BARLOW, LORI A. BARLOW, THE COMMONWEALTH OF MASSACHUSETTS, DEPT. OF REVENUE, and UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER COMMANDING LORI BARLOW TO APPEAR IN PERSON BEFORE THE COURT ON FEBRUARY 8, 2006

**SAYLOR, J.**

Defendant Lori A. Barlow is hereby ORDERED to appear in person in this Court on February 8, 2006, at 11:45 a.m. At that time, the Court will hold a conference in this case in order to hear the parties as to the proper distribution of surplus funds stemming from the foreclosure and sale of real property formerly owned by Timothy and Lori Barlow. It appears *likely*, although it is not certain, that funds in excess of $148,000 will be available to be paid to Lori Barlow and/or to the Estate of Timothy Barlow *if* Ms. Barlow will come forward and make her claim to the money.

The return of service filed in this action reflects that Ms. Barlow was served with a summons and a copy of the complaint on June 15, 2005. Although Ms. Barlow has not responded to the complaint, this Court concludes that it has *in personam* jurisdiction over her.

Ms. Barlow is advised that the parties to this lawsuit are not seeking to recover money against her personally. Instead, Mortgage Electronic Registration Systems, Inc., has asked the Court to tell it to whom the funds should be paid. As noted above, it is likely that, if Ms. Barlow makes a claim, a substantial sum of money will be paid to her.

Accordingly, Defendant Lori A. Barlow is hereby ORDERED to attend the conference before this Court in person (with, or without, the assistance of a lawyer) on February 8, 2006, at 11:45 a.m., in Courtroom 2, United States Courthouse, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **January 17, 2006**