

ALAN LEBOVIDGE
COMMISSIONER

KEVIN W. BROWN
GENERAL COUNSEL

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Legal Division —Litigation Bureau*
*P.O. Box 9565*
*100 Cambridge Street*
*Boston, Massachusetts  02114-9565*

February 27, 2006

RE:  <u>Mortgage Electronic Registration Systems, Inc. v. The Estate of Timothy Barlow, et al,</u>
U.S. District Court Civil Action No. 05-40112-FDS

Dear Sir or Madam:

Enclosed please find, for filing in the above-referenced action, the Massachusetts
Commissioner of Revenue's Disclaimer of Interest and Certificate of Service.

Thank you for your assistance.

Sincerely,

"/s/" Eileen Ryan McAuliffe
Eileen Ryan McAuliffe
Counsel to the Commissioner
(617) 626-3217

208953/ERM

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** ) | ) |
| **Plaintiff** ) | ) |
| **v.** ) | **Civil No. 05-40112-FDS** |
| ) | |
| **THE ESTATE OF TIMOTHY BARLOW, LORI A. BARLOW, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE, AND UNITED STATES OF AMERICA,** ) | |
| **Defendants** ) | |

## DISCLAIMER OF INTEREST

The defendant, the Commonwealth of Massachusetts Commissioner of Revenue (the "Commonwealth") disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants, Lori A. Barlow and the Estate of Timothy Barlow.

**Respectfully submitted,**
**ALAN LEBOVIDGE**
**COMMISSIONER OF REVENUE**
**By his attorney,**

**"/s/" Eileen Ryan McAuliffe**
**Eileen Ryan McAuliffe, BBO No. 435260**
**Counsel for the Commissioner**
**Department of Revenue**
**Litigation Bureau**
**P.O. Box 9565**
**Boston, Massachusetts 02114-9565**

**Dated:  February 27, 2006**

<u>**CERTIFICATE OF SERVICE**</u>

I, Eileen Ryan McAuliffe, hereby certify that I have served the within Massachusetts

Commissioner of Revenue's Disclaimer of Interest by mailing a copy of the same, first class

mail, postage prepaid, to:

David J. Rhein, Esq.
David M. Rosen, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Attorney Lydia BottomeTuranchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Mrs. Lori Barlow
71 Godfrey Lane
Milford, Massachusetts 01757


<u>"/s/" Eileen Ryan McAuliffe</u>
**Eileen Ryan McAuliffe**


**DATED:  February 27, 2006**
208953/ERM