# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>**Plaintiff,**<br><br>v.<br>THE ESTATE OF TIMOTHY BARLOW,<br>LORI A. BARLOW,<br>THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE, and<br>UNITED STATES OF AMERICA,<br>**Defendants.** | CIVIL ACTION NO. 05-40112-FDS |

## AGREEMENT FOR JUDGMENT

1. Plaintiff is holding $155,119.83, in surplus funds from the foreclosure sale of the property located at 9 Trinity Drive, Milford, Massachusetts.

2. Defendant, The Estate of Timothy has a valid and lawful claim to the surplus funds.

3. Defendant, Lori A. Barlow has a valid and lawful claim to the surplus funds.

4. Defendant, The Commonwealth of Massachusetts Department of Revenue has a statutory estate lien against the estate of Timothy Barlow, but does not have a current choate assessment against the funds.

5. Defendant, The United States of America has a valid and lawful claim to the surplus funds.

6. Plaintiff and the Defendants have agreed to disburse the surplus funds according to the schedule set forth below.

Distribution of the surplus funds should be as follows:

| | |
|---|---|
| Total Surplus Funds: | $155,119.83 |
| a) The United States of America | $ 1,716.04 |
| b) Lori Barlow and the Estate of Timothy Barlow | $147,203.91** |
| c) The Commonwealth of Massachusetts | $ 0.00 |
| d) Harmon Law Offices, P.C. | $ 6,199.88 |
| Remaining Balance after Disbursements: | $ 0.00 |

**\*\* Any additional accrued interest in the account would be payable to Lori Barlow and the Estate of Timothy Barlow.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
By Its Attorneys,

/s/ David J. Rhein

David J. Rhein
BBO# 635175
HARMON LAW OFFICES, P.C.
150 California Street, Newton, MA 02458
MAILING ADDRESS: P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500


**THE UNITED STATES OF AMERICA,**
By its attorney,


Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

COMMONWEALTH OF MASSACHUSETTS,
DEPARTMENT OF REVENUE,
By its attorney,

_____
Eileen Ryan McAuliffe
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565




_____
Lori Barlow
71 Godfrey Lane
Milford, MA 01757

STATE OF _____

_____, ss                               February    , 2006

On this _____ day of February 2006, before me, the undersigned notary public, personally appeared Lori Barlow, proved to me through satisfactory evidence of identification, which was _____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____                          (Sign and Affix Seal)
My commission expires _____


Entered in Suffolk County, this ____ day of February, 2006


By the Court,



_____

| | | |
|---|---|---|
| Total Surplus Funds: | | $155,119.83 |
| a) The United States of America | | $ 1,716.04 |
| b) Lori Barlow and the Estate of Timothy Barlow | | $147,203.91** |
| c) The Commonwealth of Massachusetts | | $ 0.00 |
| d) Harmon Law Offices, P.C. | | $ 6,199.88 |
| Remaining Balance after Disbursements: | | $ 0.00 |

** Any additional accrued interest in the account would be payable to Lori Barlow and the Estate of Timothy Barlow.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
By Its Attorneys,

_____
David J. Rhein
BBO# 635175
HARMON LAW OFFICES, P.C.
150 California Street, Newton, MA 02458
MAILING ADDRESS: P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

THE UNITED STATES OF AMERICA,
By its attorney,

_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

2

COMMONWEALTH OF MASSACHUSETTS,
DEPARTMENT OF REVENUE,
By its attorney,

_____
Eileen Ryan McAuliffe
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565


*/s/ Lori Barlow*
Lori Barlow
71 Godfrey Lane
Milford, MA 01757

STATE OF _MASSACHUSETTS_

_WORCESTER_, ss                                      February _14_, 2006

On this __14th__ day of February 2006, before me, the undersigned notary public, personally appeared Lori Barlow, proved to me through satisfactory evidence of identification, which was _MA Drivers License_, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____ (Sign and Affix Seal)
My commission expires __My Commission Expires August 9, 2007__


Entered in Suffolk County, this ____ day of February, 2006


By the Court,

_____

# CERTIFICATE OF SERVICE

I, David J. Rhein, Esquire, of HARMON LAW OFFICES, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389 certify:

That on the 28 th day of February, 2006, a copy of the Agreement for Judgment was electronically served on the following parties:

Lydia Bottome Turanchik, Eileen Ryan McAuliffe, Barbara Healy Smith, Gerald C. Miller

The parties not served electronically were served by regular mail on January 28, 2006, upon:

The Estate of Timothy Barlow
71 Godfrey Lane
Milford, MA 01757

Lori A. Barlow
71 Godfrey Lane
Milford, MA 01757

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2006

/s/ David J. Rhein
David J. Rhein, Esquire
BBO #635175
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500