UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br>THE ESTATE OF TIMOTHY BARLOW,<br>LORI A. BARLOW,<br>THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE, and<br>UNITED STATES OF AMERICA,<br>Defendants. | CIVIL ACTION NO. 05-40112-FDS |

## JOINT MOTION FOR APPROVAL OF AGREEMENT FOR JUDGMENT

Now comes the Plaintiff and Defendants and move for approval of the Agreement for Judgment attached hereto. In support of this motion, the parties state that allowance of this motion will fully and finally resolve this litigation.

Wherefore, the parties request that this motion be allowed.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
By Its Attorneys,

/s/ David J. Rhein

David J. Rhein
BBO# 635175
HARMON LAW OFFICES, P.C.
150 California Street, Newton, MA 02458
MAILING ADDRESS: P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

                                              **THE UNITED STATES OF AMERICA,**
                                              By its attorney,

                                              _____
                                              Lydia Bottome Turanchik
                                              Trial Attorney, Tax Division
                                              P.O. Box 55
                                              Ben Franklin Station
                                              Washington, D.C. 20044
                                              (202) 307-6560


                                              **COMMONWEALTH OF MASSACHUSETTS,**
                                              **DEPARTMENT OF REVENUE,**
                                              By its attorney,

                                              _____
                                              Eileen Ryan McAuliffe
                                              Massachusetts Department of Revenue
                                              Litigation Bureau
                                              100 Cambridge Street
                                              P. O. Box 9565
                                              Boston, MA 02214-9565


                                              _____
                                              Lori Barlow
                                              71 Godfrey Lane
                                              Milford, MA 01757

                         STATE OF _____

_____, ss                                               February   , 2006

On this _____ day of February 2006, before me, the undersigned notary public, personally appeared Lori Barlow, proved to me through satisfactory evidence of identification, which was _____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.


_____                     (Sign and Affix Seal)
My commission expires _____

THE UNITED STATES OF AMERICA,
By its attorney,

*Lydia Bottome Turanchik*
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560


COMMONWEALTH OF MASSACHUSETTS,
DEPARTMENT OF REVENUE,
By its attorney,

Eileen Ryan McAuliffe
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565


Lori Barlow
71 Godfrey Lane
Milford, MA 01757

STATE OF _____

_____, ss                      February ___, 2006

On this _____ day of February 2006, before me, the undersigned notary public, personally appeared Lori Barlow, proved to me through satisfactory evidence of identification, which was _____, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.


_____                     (Sign and Affix Seal)
My commission expires _____

5

THE UNITED STATES OF AMERICA,
By its attorney,

_____
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560


COMMONWEALTH OF MASSACHUSETTS,
DEPARTMENT OF REVENUE,
By its attorney,

_____
Eileen Ryan McAuliffe
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street
P. O. Box 9565
Boston, MA 02214-9565


*/s/ Lori Barlow*
_____
Lori Barlow
71 Godfrey Lane
Milford, MA 01757

STATE OF MASSACHUSETTS

WORCESTER, ss                              February 14, 2006

On this 14th day of February 2006, before me, the undersigned notary public, personally appeared Lori Barlow, proved to me through satisfactory evidence of identification, which was MA. Drivers License, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____                        (Sign and Affix Seal)
My commission expires _____
My Commission Expires August 9, 2007

5

# CERTIFICATE OF SERVICE

I, David J. Rhein, Esquire, of HARMON LAW OFFICES, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389 certify:

That on the 28 th day of February, 2006, a copy of the Joint Motion for Approval of Agreement for Judgment was electronically served on the following parties:

Lydia Bottome Turanchik, Eileen Ryan McAuliffe, Barbara Healy Smith, Gerald C. Miller

The parties not served electronically were served by regular mail on January 28, 2006, upon:

The Estate of Timothy Barlow
71 Godfrey Lane
Milford, MA 01757

Lori A. Barlow
71 Godfrey Lane
Milford, MA 01757

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2006

/s/ David J. Rhein
David J. Rhein, Esquire
BBO #635175
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500